[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-11576

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

RADY WILLIAMS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-mj-00786-JKL-1

_____

2                       Opinion of the Court                  24-11576

Before LUCK, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Rady Williams appeals directly from the magistrate judge's May 2, 2024 criminal judgment and sentence, but we lack jurisdiction to entertain a direct appeal from a judgment entered in a criminal case by a magistrate judge. *See* 18 U.S.C. § 3402; *United States v. Pilati*, 627 F.3d 1360, 1363-64 (11th Cir. 2010); *Midway Mfg. Co. v. Kruckenberg*, 720 F.2d 653, 654 (11th Cir. 1983). Such appeals must be taken to the district court first. *See id.*

All pending motions are DENIED as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.